# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| SPANISH HEIGHTS ACQUISITION COMPANY, LLC, A NEVADA LIMITED LIABILITY COMPANY; AND SJC VENTURES HOLDING COMPANY, LLC, D/B/A SJC VENTURES, LLC, A DELAWARE LIMITED LIABILITY COMPANY,<br>Appellants,<br>vs.<br>CBC PARTNERS I, LLC, A FOREIGN LIMITED LIABILITY COMPANY; AND 5148 SPANISH HEIGHTS, LLC, A NEVADA LIMITED LIABILITY COMPANY,<br>Respondents. | No. 83407<br><br>**FILED**<br><br>JUL 2 8 2022<br><br>ELIZABETH A. BROWN<br>CLERK OF SUPREME COURT<br>BY S. Young<br>DEPUTY CLERK |
| SPANISH HEIGHTS ACQUISITION COMPANY, LLC, A NEVADA LIMITED LIABILITY COMPANY; AND SJC VENTURES HOLDING COMPANY, LLC, D/B/A SJC VENTURES, LLC, A DELAWARE LIMITED LIABILITY COMPANY,<br>Appellants,<br>vs.<br>CBC PARTNERS I, LLC, A NEVADA LIMITED LIABILITY COMPANY; 5148 SPANISH HEIGHTS, LLC, A NEVADA LIMITED LIABILITY COMPANY; AND LARRY L. BERTSCH, RECEIVER,<br>Respondents. | No. 84504 |
| SPANISH HEIGHTS ACQUISITION COMPANY, LLC, A NEVADA LIMITED LIABILITY COMPANY; AND SJC VENTURES HOLDING COMPANY, LLC, D/B/A SJC VENTURES, LLC, A DELAWARE LIMITED LIABILITY COMPANY,<br>Appellants, | ✓ No. 84505 |

22·23723

vs.

CBC PARTNERS I, LLC, A NEVADA LIMITED LIABILITY COMPANY; 5148 SPANISH HEIGHTS, LLC, A NEVADA LIMITED LIABILITY COMPANY; AND LARRY L. BERTSCH, RECEIVER,
Respondents.

SPANISH HEIGHTS ACQUISITION COMPANY, LLC, A NEVADA LIMITED LIABILITY COMPANY; AND SJC VENTURES HOLDING COMPANY, LLC, D/B/A SJC VENTURES, LLC, A DELAWARE LIMITED LIABILITY COMPANY,
Appellants,

vs.

CBC PARTNERS I, LLC, A NEVADA LIMITED LIABILITY COMPANY; 5148 SPANISH HEIGHTS, LLC, A NEVADA LIMITED LIABILITY COMPANY; AND LARRY L. BERTSCH, RECEIVER,
Respondents.

No. 84602

## ORDER DISMISSING APPEALS

Pursuant to the settlement conference, the joint motion to dismiss these appeals, and cause appearing, these appeals are dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Hon. Joanna Kishner, District Judge
Stephen E. Haberfeld, Settlement Judge
Maier Gutierrez & Associates
Carlyon Cica Chtd.
Mushkin & Coppedge
Eighth District Court Clerk